UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK SHAFFER, MARGARET MAULDIN, CHARAFEDDINE ZAITOUN, and MARK LESSIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEORGE WASHINGTON UNIVERSITY and THE BOARD OF TRUSTEES OF GEORGE WASHINGTON UNIVERSITY,

Defendants.

Civil Case No. 20-1145 (RJL)

## 1st ORDER
(March 2⁴, 2021) [Dkt. # 18]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that defendantS' Motion to Dismiss [Dkt. # 18] is GRANTED. SO ORDERED.

RICHARD J. LEON
United States District Judge

1