UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SHAFFER, MARGARET MAULDIN, CHARAFEDDINE ZAITOUN, and MARC LESSIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY and THE BOARD OF TRUSTEES OF GEORGE WASHINGTON UNIVERSITY,<br><br>Defendants. | No. 1:20-cv-01145-RJL |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Glen L. Abramson is no longer associated with the law firm of Berger Montague PC and hereby withdraws his appearance as counsel for all Plaintiffs. Plaintiffs will continue to be represented by Daniel Walker and Ariana Kiener of Berger Montague PC, Dan Kurowski and Whitney Siehl of Hagens Berman Sobol Shapiro LLP, and Andrew Levetown of Ivey & Levetown, LLP.

Dated: January 31, 2023                By:     */s/ Glen L. Abramson*
                                                              Glen L. Abramson (*admitted pro hac vice*)
                                                              **MILBERG COLEMAN BRYSON**
                                                                       **PHILLIPS GROSSMAN PLLC**
                                                             800 S. Gay Street, Suite 1100
                                                             Knoxville, TN 37929
                                                             202.932.7003
                                                             gabramson@milberg.com

Dated: 1/31/2023                By: [signature]
                                                             Margaret Medina, Plaintiff

Dated: 1/31/2023                By: [signature]
                                                             Charlottine Lincoln, Plaintiff

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, I caused a try and correct copy of the foregoing *Notice of Withdrawal of Counsel* to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

/s/ *Glen L. Abramson*

Glen L. Abramson