# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SHAFFER, MARGARET MAULDIN, CHARAFEDDINE ZAITOUN, and MARC LESSIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE GEORGE WASHINGTON UNIVERSITY and THE BOARD OF TRUSTEES OF GEORGE WASHINGTON UNIVERSITY,<br><br>     Defendants. | No. 1:20-cv-01145-RJL<br><br>Hon. Richard J. Leon |

### PLAINTIFFS' NOTICE OF FILING OF THE DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICE PLAN AND NOTICES

Plaintiffs, by and through their attorneys, hereby submits its Notice of Filing of the Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Settlement Notice Plan and Notices, a copy of which accompanies this Notice.

Dated: February 26, 2024

                Respectfully submitted,

                /s/ Daniel J. Kurowski
                Daniel J. Kurowski (*pro hac vice*)
                Whitney K. Siehl (*pro hac vice*)
                HAGENS BERMAN SOBOL SHAPIRO LLP
                455 N. Cityfront Plaza Dr., Suite 2410
                Chicago, IL 60611
                (708) 628-4949
                dank@hbsslaw.com
                whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

*Class Counsel*

Andrew S. Levetown (Bar No. 422714)
LEVETOWN LAW LLP
717 D Street NW, Suite 306
Washington, DC 20004
(703) 618-2264
andrew@levetownlaw.com

E. Michelle Drake (*pro hac vice*)
BERGER MONTAGUE PC
43 SE MAIN STREET, SUITE 505
Minneapolis, MN 55414
Tel: (312) 594-5999
Email: emdrake@bm.net

Daniel J. Walker (Bar No. 219439)
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Tel: (202) 559-9745
Email: dwalker@bm.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on February 26, 2024, a true and correct copy of the foregoing, together with all attachments thereto, was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

                */s/ Daniel J. Kurowski*
                Daniel J. Kurowski